1 | CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
2 | Kathryn Rosenfeld (Bar No. 355931)
(E-Mail: kathryn-rosenfeld@fd.org)
3 | Deputy Federal Public Defender
321 East 2nd Street
4 | Los Angeles, California 90012-4202
Telephone: (213) 894-2854
5 | Facsimile: (213) 894-0081

6 | Attorneys for Defendant



FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2024
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:24-mj-06967-DUTY |
|---|---|
| Plaintiff, | **ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS** |
| v. | |
| Maximo Jordan Navarrete-Contreras, | |
| Defendant. | |

I, the above defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or contact me seeking waiver of any rights, unless my counsel is present.

_____      _____
(Defendant's signature)                                   (Attorney's name printed)

Date: 11/21/24   Time: 2:00 PM         Kathryn Rosenfeld
                                                                   (Attorney's name printed)