UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MAXIMO JORDAN NAVARRETE-CONTRERAS, LUKE GREGORY GRABEEL, and FELIPE DEJESUS ORTIZ,<br><br>　　　　Defendants. | No. CR 2:24-cr-00734-SVW<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>[PROPOSED] TRIAL DATE: 9/16/2025<br><br>[PROPOSED] PRETRIAL CONFERENCE DATE: 9/8/2025 |

　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on April 7, 2025. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

　　The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter of defendants Navarrete-Contreras and Grabeel is continued from June 2, 2025 to September 16, 2025. The trial of defendant Ortiz is continued from April 29, 2025 to September 16, 2025.

2. The briefing schedule for any motions shall be:

   a. Deadline to file any motion, including motions to suppress and motions in limine: August 11, 2025.

   b. Deadline to file any opposition: August 18, 2025.

   c. Deadline to file any reply: August 25, 2025.

3. The pretrial conference is continued to September 8, 2025.

4. With regard to defendants Navarrete-Contreras and Grabeel, the time period of June 2, 2025 to September 16, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).

5. With regard to defendant Ortiz, the time period of April 29, 2025 to September 16, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).

6. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

April 11, 2025
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

   */s/ Thi Hoang Ho*
THI HOANG HO
Assistant United States Attorney

3