# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MAXIMO JORDAN NAVARRETE-CONTRERAS,<br><br>      Defendant. | Case No. 2:24-cr-00734-SVW-1<br><br>**ORDER RELIEVING FEDERAL PUBLIC DEFENDER AND APPOINTMENT OF CJA PANEL COUNSEL** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant's Ex Parte Application to relieve the Federal Public Defender and appoint CJA Panel counsel is granted. The Federal Public Defender is hereby relieved from its representation of defendant. CJA Panel Attorney __Charles Brown__ is appointed to represent defendant Maximo Navarrete-Contreras.

DATED: April 25, 2025        By _____
                                            HONORABLE STEPHEN V. WILSON
                                            United States District Judge

Presented by:

*/s/ Kathryn Rosenfeld*
KATHRYN ROSENFELD
Deputy Federal Public Defender