**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MAXIMO JORDAN NAVARRETE-CONTRERAS and FELIPE DEJESUS ORTIZ,<br><br>　　　　Defendants. | No. 2:24-cr-00734-SVW<br><br>**AMENDED** [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**NEW TRIAL DATE:      1/6/2026**<br><br>**NEW PRETRIAL CONFERENCE DATE:      12/15/2025** |

　　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 15, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

　　　The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for

effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter of defendants MAXIMO JORDAN NAVARRETE-CONTRERAS and FELIPE DEJESUS ORTIZ is continued from September 16, 2025 to January 6, 2026.

2. The briefing schedule for any motions shall be:

   a. Deadline to file any motion, including motions to suppress and motions in limine: **November 17, 2025.**

   b. Deadline to file any opposition: **December 1, 2025.**

   c. Deadline to file any reply: **December 8, 2025.**

3. The pretrial conference is continued to **December 15, 2025.**

4. The time period of September 16, 2025 to January 6, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

August 25, 2025
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2