# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

| | | | |
|---|---|---|---|
| Case No.: | 2:24-cr-00734-SVW-1 | Date: | January 12, 2026 |

| | |
|---|---|
| Present: The Honorable | STEPHEN V. WISLON, United States District Judge |
| Interpreter | N/A |

| Daniel Tamayo | c/s 1-12-26 | Robert Quealy<br>Mariam Kaloustian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Maximo Jordan Navarrete-Contreras | √ | √ | | 1. Charles Brown CJA | √ | √ | |

**Proceedings:** CHANGE OF PLEA (Held and Completed)

Defendant moves to change plea to the Indictment.

Defendant now enters a new and different plea of Guilty to Counts 1-9, and 13, of the Indictment.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **May 11, 2026, at 11:00 a.m., for sentencing.**

The Court vacates the Jury Trial date and Status Conference date, as to this defendant only.

The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report.

cc: USPO, PSA

| | : | 20 |
|---|---|---|
| | Initials of Deputy Clerk | DTA |