THI HOANG HO (Cal. Bar No. 293978)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cr-00734-SVW-1 |
| v. | |
| MAXIMO JORDAN NAVARRETE-CONTRERAS | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged: (**List Documents**)

- Recording of Call Between Confidential Informant and Defendant 2024-1-15 (USAO_005448)
- Recording of Call Between Confidential Informant and Defendant 2024-1-16 (USAO_005253)
- Recording of Meeting Between Confidential Informant and Defendant 2024-1-16 (USAO_005533, USAO_005085)

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

January 14, 2026
Date

/s/ Thi Hoang Ho
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)    NOTICE OF MANUAL FILING OR LODGING