UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No.: 2:24-cr-00734-SVW-1 | Date: May 11, 2026 |

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

Interpreter: N/A

| Daniel Tamayo | c/s 5-11-2026 | Thi Hoang Ho |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Maximo Jordan Navarrete-Contreras | √ | √ | | 1. Charles Brown CJA | √ | √ | |

 **Proceedings:**    SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

On the Government's motion, all remaining counts in the underlying Indictment, ordered dismissed.

                                                    :        8

                        Initials of Deputy Clerk    DTA

CR-11 (09/98)                   **CRIMINAL MINUTES - GENERAL**                   Page 1 of 1